at the election of the judgment creditor on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Discovery of the Assets of the Estate of BENJAMIN F. LANE, Deceased. EMMA D. REEVE, Appellant; VIOLET LANE STRIECKER, as Temporary Administratrix, etc., of BENJAMIN F. LANE, Deceased, Respondent. (Appeal No. 1.) — Decree of the Surrogate's Court of Queens county modified by striking therefrom the portion referring to the diamond horse-shoe scarf pin, the title to which is confirmed in the appellant, Emma D. Reeve, as a gift *inter vivos;* and as so modified the decree is unanimously affirmed, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Petition of ANNA HAMBERGER to Prove the Last Will and Testament of MORRIS LEVINE, Late of the County of Kings, Deceased. ANNA HAMBERGER and Others, Respondents; LOUIS LEVINE and Others, Appellants.* — Decree of the Surrogate's Court of Kings county reversed upon the law and the facts and a new trial ordered as to question No. 5, namely, " Was the execution by Morris Levine of said paper offered for probate, caused or procured by the undue influence of any person or persons? " with costs in this court, payable out of the estate, to the parties prevailing upon the trial. In our opinion the testimony and circumstances presented a question for the jury as to the issue of undue influence. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents and votes to affirm.

In the Matter of the Application of THOMAS VITELLI, Appellant, as Administrator, etc., of ROSE or ROSA VITELLI, Formerly Known as ROSA DE SAPIO, Also Known as LINA or LENA DE SAPIO, Deceased, to Discover Certain Property of the Said Deceased Claimed to Be Withheld by MARIANINO GIORDANO, Claimant, Respondent. RAFFAELE DE SAPIO and PARISI DE SAPIO, Contestants, Appellants.— The decision of this court handed down on June 19, 1931, █ is hereby amended to read as follows: Order of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondent, payable out of the estate. No. opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

CLARA KATZENBERG, Respondent, v. MAGNET PROPERTIES CORPORATION and Others, Defendants, Impleaded with PHILIP WECHSLER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

BERNARD LUTSKY, Respondent, v. ROGER DUNSCOMBE and Others, Copartners, Doing Business under the Firm Name and Style of DUNSCOMBE & Co., Appellants.‡— Judgment reversed upon the law, with costs, and complaint dismissed, with costs. The evidence herein does not establish the special agreement sued upon, nor does it establish a breach of such a special agreement by defendants after a performance thereof on the part of the plaintiff, there being no proof of tender of performance by the plaintiff. In view of this disposition of the case, the appeal from the order denying a motion for a new trial is dismissed. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

MOOS FUR DYEING CORPORATION, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Judgment and resettled order reversed upon the law

* Appeal dismissed, 258 N. Y. 627.
‡ Affd., 258 N. Y. 597.